# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RALPH LOUIS DOUROS, | : | No. 27 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| NATIONWIDE MUTUAL FIRE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.